**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**BRUCE INGRAHAM et al.,**

                         **Plaintiffs,**            **1:20-cv-1186**
                                                          **(GLS/TWD)**

          **v.**

**MAYFIELD STATE TROPPERS et**
**al.,**

                         **Defendants.**
**APPEARANCES:**                         **OF COUNSEL:**

BRUCE INGRAHAM
Plaintiff, *Pro Se*
2455 Rt. 8
Apt. 2
PO Box 861
Lake Pleasant, NY 12108

HOLLY INGRAHAM
Plaintiff, *Pro Se*
2455 Rt. 8
Apt. 2
PO Box 861
Lake Pleasant, NY 12108

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

    The above-captioned matter comes to this court following an Order and

Report-Recommendation (R&R) by Magistrate Judge Thérèse Wiley Dancks

duly filed November 25, 2020.  (Dkt. No. 10.)  Following fourteen days from

the service thereof, the Clerk has sent the file, including any and all objections

filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R

for clear error, it is hereby

**ORDERED** that the Order and Report-Recommendation (Dkt. No. 10) is

**ADOPTED** in its entirety; and it is further

**ORDERED** that plaintiffs' complaint (Dkt. No. 1) is **DISMISSED** without

prejudice and with leave to amend in full compliance with the Order and

Report-Recommendation; and it is further

**ORDERED** that plaintiffs may file an amended complaint within **thirty**

**(30) days** of this Order; and it is further

**ORDERED** that, if plaintiffs file an amended complaint in the time

permitted, the amended complaint will be referred to the Magistrate Judge for

further review; and it is further

**ORDERED** that any such amended complaint will supersede and

replace in its entirety the previous complaint and that no portion of any prior

complaint shall be incorporated into the amended complaint by reference; and

it is further

**ORDERED** that, if plaintiffs fail to file an amended complaint in the time

permitted, the Clerk is directed to enter judgment without further order of the

2

court; and it is further

**ORDERED** that the Clerk provide a copy of this Order to plaintiffs in

accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

December 18, 2020
Albany, New York

Gary L. Sharpe
U.S. District Judge

3